JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LESLIE G. PARKER,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>AMY MILLER, Warden,<br><br>　　　　　Respondent. | No. ED CV 15-0253-DOC (DFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: October 26, 2015

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge